**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MONET OLIVERAS,
                      Plaintiff,

-against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY INVESTAGATIONS
SPECIAL RESPONSE TEAM OFFICER
ROBERT BASILE; UNITED STATES
DEPARTMENT OF HOMELAND SECURITY
SPECIAL RESPONSE TEAM OFFICER
SCOTT VOGEL; and UNITED STATES
DEPARTMENT OF HOMELAND SECURITY
INVESTAGATIONS SPECIAL RESPONSE
TEAM OFFICER JOHN DOE,
                      Defendants.
-----------------------------------------------------------X

16 CIVIL 9619 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 25, 2020, Defendants' motion to dismiss is granted and Plaintiff's claims are dismissed; Specifically, Plaintiff's claims against Defendants Basile and Vogel are dismissed with prejudice, and her claims against the John Doe Defendant are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          February 25, 2020

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                        BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/25/2020